Motion Granted, Vacated and
Remanded and Memorandum Opinion filed April 1, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00658-CV

____________

 

INWOOD FOREST PARTNERS, L.P. and CAMINATA HOLDINGS,
LLC, its General Partner, Appellants

 

V.

 

INWOOD FOREST COMMUNITY IMPROVEMENT ASSOCIATION and
CLYMER WRIGHT, Appellees

 

 



On Appeal from the 157th District Court

Harris County, Texas

Trial Court Cause No. 2007-16697

 

 

 



M E M O R
A N D U M   O P I N I O N

            This
is an appeal from a modified final judgment signed April 30, 2010.  On March 29,
2011, the parties filed a joint motion to vacate the judgment and remand the
cause to the trial court for entry of an agreed judgment.  See Tex.
R. App. P. 42.1.  The motion is
granted.

            Accordingly, the judgment is vacated without regard to the
merits, and the cause remanded to the trial court with instructions to render a
final judgment in conformance with the parties’ settlement agreement.  

 

PER CURIAM

 

Panel consists of Chief Justice
Hedges and Justices Frost and Christopher.